## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRMA LUZ HERNANDEZ,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY BERRYHILL, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | **No. 17-3657** |

## O R D E R

**AND NOW**, this 9th day of January, 2018, upon consideration of Defendant's contested motion for remand and Plaintiff's reply thereto, **I HEREBY ORDER** that Defendant's motion is **GRANTED**, and this case is **REMANDED** to Defendant for further administrative proceedings.

Upon remand, the Appeals Council will affirm the portion of the Appeals Council's decision that is favorable to Plaintiff, direct the administrative law judge to obtain supplemental vocational expert testimony for the "closed period" dating June 19, 2007 through June 2, 2011, and evaluate the issues presented in Plaintiff's Request for Review related to the "closed" time period.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. 405(g). This is a final order. This case is hereby closed on the Court's docket.

BY THE COURT:

*/s J. William Ditter, Jr.*
J. WILLIAM DITTER JR., J.